```
           IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,    )
                             )
           Plaintiff,        )      4:01CR3008
                             )
      v.                     )
                             )
MICHAEL CLAUFF,              )      ORDER
                             )
           Defendant.        )
_____)
```

On May 3, 2007, the defendant appeared with counsel for a hearing on a Petition for Warrant for Offender Under Supervision (Filing No. 54). Defendant was present and represented by Jennifer Gilg, Assistant Federal Public Defender. Plaintiff was represented William Mickle, Assistant United States Attorney. The defendant admitted allegations numbered 1, 3, 5 and 6. The plaintiff dismissed allegations numbered 2 and 4. The Court then proceeded to a dispositional hearing.

IT IS ORDERED:

1) Hearing on the Petition for Warrant for Offender Under Supervision is continued and the parties shall report to the Court on or before:

**Monday, July 2, 2007, at 9 a.m.**

whether defendant has entered the program.

2) Defendant shall remain in the custody of the United States Marshal until defendant is accepted into NOVA and a bed has become available. At that time, he shall be released to the

custody of NOVA to participate in and successfully complete an in-patient program.

    3) If defendant does not successfully complete the program at NOVA, the date of the final dispositional hearing will be accelerated.

    DATED this 3rd day of May, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court