IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:01CR3008 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL CLAUFF, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On July 6, 2007, the defendant appeared with counsel for a hearing on an Amended Petition for Warrant for Offender Under Supervision (Filing No. 54) and a Second Petition for Warrant for Offender Under Supervision (Filing No. 64). Defendant was present and represented by Jennifer L. Gilg, Assistant Federal Public Defender. Plaintiff was represented by William W. Mickle, II, Assistant United States Attorney. The defendant admitted allegations 1, 3, 5 and 6 in the Amended Petition for Warrant for Offender Under Supervision (Filing No. 54), and admitted the allegations in the Second Petition for Warrant for Offender Under Supervision (Filing No. 64). The Court dismissed allegations 2 and 4 of the Amended Petition. The Court found the defendant to be in violation of his conditions of supervised release. The Court revoked the defendant's supervised release and proceeded to sentencing.

IT IS ORDERED:

1. Defendant's supervised release is hereby revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a term of twelve (12) months.

2. Upon completion of said sentence, the defendant will be placed on supervised release for a period of twenty (24) months, under the same terms and conditions of release previously imposed on October 5, 2001.

3. The defendant is to receive credit for the time served in federal custody in connection with this matter from February 5, 2007, through May 14, 2007.

4. The Petition for Warrant for Offender Under Supervision (Filing No. 53) is denied as moot.

DATED this 6th day of July, 2007.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court